TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00215-CR






Cedrick Hardin, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT


NO. 2023015, HONORABLE JON N. WISSER, JUDGE PRESIDING






O R D E R


PER CURIAM

The reporter's record was due to be filed on May 16, 2003. The court reporter has
informed the Court that the record will be completed by September 22, 2003.

The court reporter for the 299th District Court, Mr. Leon R. Justice, is ordered to file
the reporter's record no later than September 22, 2003. No further extension of time will be granted. 
See Tex. R. App. P. 37.3(a)(2).

It is ordered August 19, 2003.


Before Chief Justice Law, Justices B. A. Smith and Puryear

Do Not Publish